# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-086-355**

**Effective Date of Registration:**
February 02, 2018

## Title

**Title of Work:** Group Registration of Published Photographs - Jackson Lee; 2017 Photos; all published 11/20/17 - 12/19/17; 693 photos

**Content Title:**
LJNY20171120R_01.jpg
LJNY20171120R_02.jpg
LJNY20171120R_03.jpg
LJNY20171120R_04.jpg
LJNY20171120R_05.jpg
LJNY20171120R_06.jpg
LJNY20171120R_07.jpg
LJNY20171120S_01.jpg
LJNY20171120S_02.jpg
LJNY20171120S_03.jpg
LJNY20171120S_04.jpg
LJNY20171120S_05.jpg
LJNY20171120S_06.jpg
LJNY20171120T_01.jpg
LJNY20171120T_02.jpg
LJNY20171120T_03.jpg
LJNY20171120T_04.jpg
LJNY20171120T_05.jpg
LJNY20171120T_06.jpg
LJNY20171120T_07.jpg
LJNY20171120T_08.jpg
LJNY20171120T_09.jpg
LJNY20171120T_10.jpg
LJNY20171120T_11.jpg
LJNY20171120T_12.jpg
LJNY20171120U_01.jpg
LJNY20171120U_02.jpg
LJNY20171120U_03.jpg
LJNY20171120U_04.jpg
LJNY20171120U_05.jpg
LJNY20171120U_06.jpg
LJNY20171120U_07.jpg
LJNY20171120U_08.jpg
LJNY20171120U_09.jpg
LJNY20171120U_10.jpg
LJNY20171120U_11.jpg
LJNY20171120U_12.jpg

LJNY20171120U_13.jpg
LJNY20171120U_14.jpg
LJNY20171120U_15.jpg
LJNY20171120U_16.jpg
LJNY20171120U_17.jpg
LJNY20171120U_18.jpg
LJNY20171120U_19.jpg
LJNY20171120U_20.jpg
LJNY20171120U_21.jpg
LJNY20171120U_22.jpg
LJNY20171120U_23.jpg
LJNY20171120W_01.jpg
LJNY20171120W_02.jpg
LJNY20171120W_03.jpg
LJNY20171120W_04.jpg
LJNY20171120W_05.jpg
LJNY20171120W_06.jpg
LJNY20171120W_07.jpg
LJNY20171120W_08.jpg
LJNY20171120W_09.jpg
LJNY20171120W_10.jpg
LJNY20171120W_11.jpg
LJNY20171120W_12.jpg
LJNY20171120W_13.jpg
LJNY20171120W_14.jpg; 11/20/17

LJNY20171120W_15.jpg
LJNY20171120W_16.jpg
LJNY20171120W_17.jpg
LJNY20171120W_18.jpg
LJNY20171120W_19.jpg
LJNY20171120W_20.jpg
LJNY20171121P_01.jpg
LJNY20171121P_02.jpg
LJNY20171121P_03.jpg
LJNY20171121P_04.jpg
LJNY20171121P_05.jpg
LJNY20171121P_06.jpg
LJNY20171121P_07.jpg
LJNY20171121P_08.jpg
LJNY20171121P_09.jpg
LJNY20171121P_10.jpg
LJNY20171121P_11.jpg
LJNY20171121P_12.jpg
LJNY20171121P_13.jpg
LJNY20171121P_14.jpg
LJNY20171121P_15.jpg
LJNY20171121P_16.jpg
LJNY20171121P_17.jpg
LJNY20171121P_17_5.jpg
LJNY20171121P_18.jpg
LJNY20171121P_19.jpg
LJNY20171121P_20.jpg
LJNY20171121P_21.jpg
LJNY20171121P_22.jpg
LJNY20171121P_23.jpg
LJNY20171121P_24.jpg
LJNY20171121P_25.jpg



LJNY20171121P_26.jpg
LJNY20171121P_27.jpg
LJNY20171121P_28.jpg
LJNY20171121P_29.jpg
LJNY20171121P_30.jpg
LJNY20171121P_31.jpg
LJNY20171121P_32.jpg
LJNY20171121P_33.jpg
LJNY20171121P_34.jpg
LJNY20171121P_35.jpg
LJNY20171121P_35_5.jpg
LJNY20171121P_35_7.jpg
LJNY20171121P_35_8.jpg
LJNY20171121P_35_9.jpg
LJNY20171121P_35_9_2.jpg
LJNY20171121P_36.jpg
LJNY20171121P_37.jpg
LJNY20171121P_38.jpg
LJNY20171121P_39.jpg
LJNY20171121P_40.jpg
LJNY20171121P_41.jpg
LJNY20171121P_42.jpg
LJNY20171121P_43.jpg
LJNY20171121P_44.jpg
LJNY20171121P_45.jpg
11/20/17

LJNY20171121P_46.jpg
LJNY20171121P_47.jpg
LJNY20171121P_48.jpg
LJNY20171121P_49.jpg
LJNY20171121P_50.jpg
LJNY20171121P_51.jpg
LJNY20171121P_52.jpg
LJNY20171121P_53.jpg
LJNY20171121P_54.jpg
LJNY20171121P_55.jpg
LJNY20171121P_56.jpg
LJNY20171121P_57.jpg
LJNY20171121P_58.jpg
LJNY20171121P_59.jpg
LJNY20171121P_60.jpg
LJNY20171121P_61.jpg
LJNY20171121P_62.jpg
LJNY20171121P_63.jpg
LJNY20171121P_64.jpg
LJNY20171121P_65.jpg
LJNY20171121P_66.jpg
LJNY20171121P_67.jpg
LJNY20171121P_68.jpg
LJNY20171121P_69.jpg
LJNY20171121P_70.jpg
LJNY20171121P_71.jpg
LJNY20171121P_72.jpg
LJNY20171121P_73.jpg
LJNY20171121P_74.jpg
LJNY20171121P_75.jpg
LJNY20171121P_76.jpg

LJNY20171121P_77.jpg
LJNY20171121P_78.jpg
LJNY20171121P_79.jpg
LJNY20171121P_80.jpg
LJNY20171121P_81.jpg;; 11/20/17

LJNY20171121P_82.jpg
LJNY20171121P_83.jpg
LJNY20171121P_84.jpg
LJNY20171121P_85.jpg
LJNY20171121P_86.jpg
LJNY20171121P_87.jpg
LJNY20171121P_88.jpg
LJNY20171121P_89.jpg
LJNY20171121P_90.jpg
LJNY20171121P_91.jpg
LJNY20171121P_92.jpg
LJNY20171121P_93.jpg
LJNY20171121P_94.jpg
LJNY20171121P_95.jpg
LJNY20171121P_96.jpg
LJNY20171121P_97.jpg
LJNY20171121P_98.jpg
LJNY20171121P_99.jpg
LJNY20171121P_100.jpg
LJNY20171121P_101.jpg
LJNY20171121P_102.jpg
LJNY20171121P_103.jpg
LJNY20171121P_103_5.jpg
LJNY20171121P_103_7.jpg
LJNY20171121P_103_8.jpg
LJNY20171121P_103_9.jpg
LJNY20171121P_104.jpg
LJNY20171121P_105.jpg
LJNY20171121P_106.jpg
LJNY20171121P_107.jpg
LJNY20171121P_108.jpg
LJNY20171121P_109.jpg
LJNY20171121P_110.jpg
LJNY20171121P_111.jpg
LJNY20171121P_112.jpg
LJNY20171121P_113.jpg
LJNY20171121P_114.jpg
LJNY20171121P_115.jpg
LJNY20171121P_116.jpg
LJNY20171121P_117.jpg
LJNY20171121P_118.jpg
LJNY20171121P_119.jpg
LJNY20171121P_120.jpg
LJNY20171121P_121.jpg
LJNY20171121P_122.jpg
LJNY20171121P_123.jpg
LJNY20171121P_124.jpg
LJNY20171121P_125.jpg
LJNY20171121P_126.jpg
LJNY20171121P_127.jpg
LJNY20171121P_128.jpg
LJNY20171121P_129.jpg



LJNY20171121P_130.jpg
LJNY20171121P_131.jpg
LJNY20171121P_132.jpg
LJNY20171121P_133.jpg
LJNY20171121P_134.jpg
LJNY20171121P_135.jpg; 11/20/17

LJNY20171121P_136.jpg
LJNY20171121P_137.jpg
LJNY20171121P_138.jpg
LJNY20171121P_139.jpg
LJNY20171121P_140.jpg
LJNY20171121P_141.jpg
LJNY20171121P_142.jpg
LJNY20171121P_143.jpg
LJNY20171121P_144.jpg
LJNY20171121P_145.jpg
LJNY20171121P_146.jpg
LJNY20171121P_147.jpg
LJNY20171121P_148.jpg
LJNY20171121P_149.jpg
LJNY20171121P_150.jpg
LJNY20171121P_151.jpg
LJNY20171121P_152.jpg
LJNY20171121P_153.jpg
LJNY20171121P_154.jpg
LJNY20171121P_155.jpg
LJNY20171121P_156.jpg
LJNY20171121P_157.jpg
LJNY20171121P_158.jpg
LJNY20171121P_159.jpg
LJNY20171121P_160.jpg
LJNY20171121P_161.jpg
LJNY20171121P_162.jpg
LJNY20171121P_163.jpg
LJNY20171121P_164.jpg
LJNY20171121P_165.jpg
LJNY20171121P_166.jpg
LJNY20171121P_167.jpg
LJNY20171121P_168.jpg
LJNY20171121P_169.jpg
LJNY20171121P_170.jpg
LJNY20171121P_171.jpg
LJNY20171121P_172.jpg
LJNY20171121P_173.jpg
LJNY20171121P_174.jpg
LJNY20171121P_175.jpg
LJNY20171121P_176.jpg
LJNY20171121P_177.jpg; 11/20/17

LJNY20171121P_178.jpg
LJNY20171121P_179.jpg
LJNY20171121P_180.jpg
LJNY20171121P_181.jpg
LJNY20171121P_182.jpg
LJNY20171121P_183.jpg
LJNY20171121P_184.jpg
LJNY20171121P_185.jpg

LJNY20171121P_187.jpg
LJNY20171121P_188.jpg
LJNY20171121P_189.jpg
LJNY20171121P_190.jpg
LJNY20171121P_191.jpg
LJNY20171121P_192.jpg
LJNY20171121P_193.jpg
LJNY20171121P_194.jpg
LJNY20171121P_195.jpg
LJNY20171121P_196.jpg
LJNY20171121P_197.jpg
LJNY20171121P_198.jpg
LJNY20171121P_199.jpg
LJNY20171121P_200.jpg
LJNY20171121P_201.jpg
LJNY20171121P_202.jpg
LJNY20171121P_203.jpg
LJNY20171121P_204.jpg
LJNY20171121P_205.jpg
LJNY20171121P_206.jpg
LJNY20171121P_207.jpg
LJNY20171121P_208.jpg
LJNY20171121P_209.jpg
LJNY20171121P_210.jpg
LJNY20171121P_211.jpg
LJNY20171121P_212.jpg
LJNY20171121P_213.jpg; 11/20/17

LJNY20171121P_214.jpg
LJNY20171121P_215.jpg
LJNY20171121P_216.jpg
LJNY20171121P_217.jpg
LJNY20171121P_218.jpg
LJNY20171121P_219.jpg
LJNY20171121P_220.jpg
LJNY20171121P_221.jpg
LJNY20171121P_222.jpg
LJNY20171121P_223.jpg
LJNY20171121P_224.jpg
LJNY20171121P_225.jpg
LJNY20171121P_226.jpg
LJNY20171121P_227.jpg
LJNY20171121P_228.jpg
LJNY20171121P_229.jpg
LJNY20171121P_230.jpg
LJNY20171121P_231.jpg
LJNY20171121P_232.jpg
LJNY20171121P_233.jpg
LJNY20171121P_234.jpg
LJNY20171121P_235.jpg
LJNY20171121P_236.jpg
LJNY20171121P_237.jpg
LJNY20171121P_238.jpg
LJNY20171121P_239.jpg
LJNY20171121R_01.jpg
LJNY20171121R_02.jpg
LJNY20171121R_03.jpg
LJNY20171121R_04.jpg



```
LJNY20171121R_05.jpg
LJNY20171121R_06.jpg
LJNY20171121R_07.jpg
LJNY20171121R_08.jpg
LJNY20171121R_09.jpg
LJNY20171121R_10.jpg
LJNY20171121R_11.jpg
LJNY20171121R_12.jpg
LJNY20171121R_13.jpg
LJNY20171121R_14.jpg
LJNY20171121R_15.jpg
LJNY20171121R_16.jpg
LJNY20171121R_17.jpg
LJNY20171121R_18.jpg; 11/20/17

LJNY20171208S_14.JPG
LJNY20171208S_01.JPG
LJNY20171208T_08.jpg
LJNY20171208T_01.jpg
LJNY20171208S_22.JPG
LJNY20171208S_37.JPG
LJNY20171208S_08.JPG
LJNY20171208Z_08.jpg
LJNY20171208Z_22.jpg
LJNY20171208S_47.JPG
LJNY20171208Z_01.jpg
LJNY20171208Y_07.jpg
LJNY20171208Y_12.jpg
LJNY20171208Z_14.jpg
LJNY20171208Y_06.jpg
LJNY20171208Z_15.jpg
LJNY20171208Y_13.jpg
LJNY20171208S_46.JPG
LJNY20171208Z_23.jpg
LJNY20171208Z_09.jpg
LJNY20171208S_09.JPG
LJNY20171208S_23.JPG
LJNY20171208S_36.JPG
LJNY20171208T_09.jpg
LJNY20171208S_15.JPG
LJNY20171208S_28.JPG
LJNY20171208S_02.JPG
LJNY20171208S_17.JPG
LJNY20171208S_34.JPG
LJNY20171208S_21.JPG
LJNY20171208T_02.jpg
LJNY20171208S_44.JPG
LJNY20171208Z_21.jpg
LJNY20171208Z_17.jpg
LJNY20171208Y_11.jpg
LJNY20171208Y_04.jpg
LJNY20171208Z_02.jpg
LJNY20171208Y_10.jpg
LJNY20171208Z_16.jpg
LJNY20171208Z_03.jpg
LJNY20171208Y_05.jpg
LJNY20171208Z_20.jpg
LJNY20171208S_45.JPG
```

LJNY20171208S_35.JPG  
LJNY20171208S_20.JPG  
LJNY20171208T_03.jpg  
LJNY20171208S_03.JPG  
LJNY20171208S_16.JPG  
LJNY20171208S_29.JPG  
LJNY20171208S_31.JPG  
LJNY20171208T_07.jpg  
LJNY20171208S_24.JPG  
LJNY20171208S_38.JPG  
LJNY20171208S_07.JPG  
LJNY20171208S_12.JPG  
LJNY20171208Z_12.jpg  
LJNY20171208Y_14.jpg  
LJNY20171208Y_01.jpg  
LJNY20171208Z_07.jpg  
LJNY20171208S_48.JPG  
LJNY20171208S_41.JPG  
; 12/8/17

LJNY20171208Z_24.jpg  
LJNY20171208Y_08.jpg  
LJNY20171208Y_09.jpg  
LJNY20171208Z_25.jpg  
LJNY20171208S_40.JPG  
LJNY20171208S_49.JPG  
LJNY20171208Z_13.jpg  
LJNY20171208Z_06.jpg  
LJNY20171208S_06.JPG  
LJNY20171208S_13.JPG  
LJNY20171208S_39.JPG  
LJNY20171208S_30.JPG  
LJNY20171208T_06.jpg  
LJNY20171208S_25.JPG  
LJNY20171208S_27.JPG  
LJNY20171208T_04.jpg  
LJNY20171208T_11.jpg  
LJNY20171208S_32.JPG  
LJNY20171208S_18.JPG  
LJNY20171208S_11.JPG  
LJNY20171208S_04.JPG  
LJNY20171208Z_04.jpg  
LJNY20171208Y_02.jpg  
LJNY20171208Z_11.jpg  
LJNY20171208Z_18.jpg  
LJNY20171208Z_27.jpg  
LJNY20171208S_42.JPG  
LJNY20171208S_43.JPG  
LJNY20171208Z_26.jpg  
LJNY20171208Z_19.jpg  
LJNY20171208Y_03.jpg  
LJNY20171208Z_05.jpg  
LJNY20171208Z_10.jpg  
LJNY20171208S_10.JPG  
LJNY20171208S_05.JPG  
LJNY20171208S_19.JPG  
LJNY20171208S_26.JPG  
LJNY20171208T_05.jpg  



LJNY20171208T_10.jpg
LJNY20171208S_33.JPG; 12/8/17

LJNY20171209Z_30.jpg
LJNY20171209Z_25.jpg
LJNY20171209Z_06.jpg
LJNY20171209Z_13.jpg
LJNY20171209Y_01.jpg
LJNY20171209Z_07.jpg
LJNY20171209Z_12.jpg
LJNY20171209Z_31.jpg
LJNY20171209Z_24.jpg
LJNY20171209Z_26.jpg
LJNY20171209Z_33.jpg
LJNY20171209Z_19.jpg
LJNY20171209Z_10.jpg
LJNY20171209Y_03.jpg
LJNY20171209Z_05.jpg
LJNY20171209Z_11.jpg
LJNY20171209Z_04.jpg
LJNY20171209Y_02.jpg
LJNY20171209Z_18.jpg
LJNY20171209Z_27.jpg
LJNY20171209Z_32.jpg
LJNY20171209Z_15.jpg
LJNY20171209Z_23.jpg
LJNY20171209Z_09.jpg
LJNY20171209Z_08.jpg
LJNY20171209Z_22.jpg
LJNY20171209Z_14.jpg
LJNY20171209Z_01.jpg
LJNY20171209Z_29.jpg
LJNY20171209Z_03.jpg
LJNY20171209Z_16.jpg
LJNY20171209Z_20.jpg
LJNY20171209Z_21.jpg
LJNY20171209Y_04.jpg
LJNY20171209Z_02.jpg
LJNY20171209Z_17.jpg
LJNY20171209Z_28.jpg; 12/9/17

LJNY20171211Z_07.jpg
LJNY20171211Z_06.jpg
LJNY20171211Z_04.jpg
LJNY20171211Z_05.jpg
LJNY20171211Z_01.jpg
LJNY20171211Z_08.jpg
LJNY20171211Z_09.jpg
LJNY20171211Z_02.jpg
LJNY20171211Z_03.jpg; 12/11/17

LJNY20271211F_10.jpg
LJNY20271211F_05.jpg
LJNY20171212Z_07.jpg
LJNY20171212Z_06.jpg
LJNY20271211F_11.jpg
LJNY20271211F_04.jpg
LJNY20271211F_06.jpg

LJNY20271211F_13.jpg
LJNY20171212Z_04.jpg
LJNY20171212Z_05.jpg
LJNY20171212Z_10.jpg
LJNY20271211F_07.jpg
LJNY20271211F_12.jpg
LJNY20271211F_03.jpg
LJNY20171212Z_01.jpg
LJNY20171212Z_08.jpg
LJNY20171212Z_09.jpg
LJNY20271211F_02.jpg
LJNY20271211F_09.jpg
LJNY20171212Z_02.jpg
LJNY20171212Z_03.jpg
LJNY20271211F_08.jpg
LJNY20271211F_01.jpg; 12/12/17

LJNY20171213P_00.jpg
LJNY20171213P_00_5.jpg
LJNY20171213P_01.jpg
LJNY20171213P_04.jpg
LJNY20171213P_05.jpg
LJNY20171213P_06.jpg
LJNY20171213P_08.jpg
LJNY20171213P_09.jpg
LJNY20171213P_10.jpg
LJNY20171213P_11.jpg
LJNY20171213P_12.jpg
LJNY20171213P_13.jpg
LJNY20171213P_14.jpg
LJNY20171213P_15.jpg
LJNY20171213P_16.jpg
LJNY20171213Z_01.jpg
LJNY20171213Z_02.jpg
LJNY20171213Z_03.jpg
LJNY20171213Z_04.jpg
LJNY20171213Z_05.jpg
LJNY20171213Z_06.jpg
LJNY20171213Z_07.jpg
LJNY20171213Z_08.jpg
LJNY20171213Z_09.jpg
LJNY20171213Z_10.jpg
LJNY20171213Z_11.jpg
LJNY20171213Z_12.jpg
LJNY20171213Z_13.jpg
LJNY20171213Z_14.jpg
LJNY20171213Z_15.jpg
LJNY20171213Z_16.jpg
LJNY20171213Z_17.jpg
LJNY20171213Z_18.jpg
LJNY20171213Z_19.jpg; 12/13/17

LJNY20171214Q_01.jpg
LJNY20171214Q_02.jpg
LJNY20171214Q_03.jpg
LJNY20171214Q_04.jpg
LJNY20171214Q_05.jpg
LJNY20171214Q_06.jpg



```
LJNY20171214Q_07.jpg
LJNY20171214Q_08.jpg
LJNY20171214Q_09.jpg
LJNY20171214Q_10.jpg
LJNY20171214Q_11.jpg
LJNY20171214Q_12.jpg
LJNY20171214Q_13.jpg
LJNY20171214Q_14.jpg
LJNY20171214Q_15.jpg
LJNY20171214Q_16.jpg
LJNY20171214Q_17.jpg
LJNY20171214Q_18.jpg
LJNY20171214Q_19.jpg
LJNY20171214Q_20.jpg
LJNY20171214Q_21.jpg
LJNY20171214Q_22.jpg
LJNY20171214Q_23.jpg
LJNY20171214Q_24.jpg
LJNY20171214Q_25.jpg
LJNY20171214Q_26.jpg
LJNY20171214Q_27.jpg
LJNY20171214R_01.jpg
LJNY20171214R_02.jpg
LJNY20171214R_03.jpg
LJNY20171214R_04.jpg
LJNY20171214R_05.jpg
LJNY20171214R_06.jpg
LJNY20171214R_07.jpg
LJNY20171214R_08.jpg
LJNY20171214R_09.jpg
LJNY20171214R_10.jpg
LJNY20171214R_11.jpg
LJNY20171214R_12.jpg
LJNY20171214R_13.jpg
LJNY20171214R_14.jpg
LJNY20171214R_15.jpg
LJNY20171214R_16.jpg
LJNY20171214R_17.jpg
LJNY20171214R_18.jpg
LJNY20171214S_01.jpg
LJNY20171214S_02.jpg
LJNY20171214S_03.jpg
LJNY20171214S_04.jpg
LJNY20171214S_05.jpg
LJNY20171214S_06.jpg
LJNY20171214S_07.jpg
LJNY20171214Z_01.jpg
LJNY20171214Z_02.jpg
LJNY20171214Z_03.jpg
LJNY20171214Z_04.jpg
LJNY20171214Z_05.jpg
LJNY20171214Z_06.jpg
LJNY20171214Z_07.jpg
LJNY20171214Z_08.jpg
LJNY20171214Z_09.jpg
LJNY20171214Z_10.jpg
LJNY20171214Z_11.jpg
LJNY20171214Z_12.jpg
```

LJNY20171214Z_13.jpg; 12/14/17

LJNY20171215Y_01.jpg
LJNY20171215Y_02.jpg
LJNY20171215Y_03.jpg
LJNY20171215Y_04.jpg
LJNY20171215Y_05.jpg
LJNY20171215Y_06.jpg
LJNY20171215Y_06_5.jpg
LJNY20171215Y_06_7.jpg
LJNY20171215Y_06_8.jpg
LJNY20171215Y_07.jpg
LJNY20171215Y_10.jpg
LJNY20171215Y_11.jpg
LJNY20171215Y_11_2.jpg
LJNY20171215Y_11_3.jpg
LJNY20171215Y_12.jpg
LJNY20171215Y_13.jpg
LJNY20171215Y_14.jpg
LJNY20171215Y_15.jpg
LJNY20171215Y_16.jpg
LJNY20171215Y_17.jpg
LJNY20171215Y_18.jpg
LJNY20171215Y_19.jpg
LJNY20171215Z_01.jpg
LJNY20171215Z_02.jpg
LJNY20171215Z_03.jpg
LJNY20171215Z_04.jpg
LJNY20171215Z_05.jpg
LJNY20171215Z_06.jpg
LJNY20171215Z_07.jpg
LJNY20171215Z_08.jpg
LJNY20171215Z_09.jpg
LJNY20171215Z_10.jpg
LJNY20171215Z_11.jpg
LJNY20171215Z_12.jpg
LJNY20171215Z_13.jpg
LJNY20171215Z_14.jpg
LJNY20171215Z_15.jpg
LJNY20171215Z_16.jpg
LJNY20171215Z_17.jpg
LJNY20171215Z_18.jpg
LJNY20171215Z_19.jpg
LJNY20171215Z_20.jpg
LJNY20171215Z_21.jpg
LJNY20171215Z_22.jpg
LJNY20171215Z_23.jpg
LJNY20171215Z_24.jpg
LJNY20171215Z_25.jpg
LJNY20171215Z_26.jpg
LJNY20171215Z_27.jpg
LJNY20171215Z_28.jpg; 12/15/17

LJNY20171217Y_01.jpg
LJNY20171217Y_02.jpg
LJNY20171217Y_03.jpg
LJNY20171217Y_04.jpg
LJNY20171217Y_05.jpg



LJNY20171217Y_06.jpg
LJNY20171217Y_07.jpg
LJNY20171217Y_08.jpg
LJNY20171217Y_09.jpg
LJNY20171217Y_10.jpg; 12/17/17

LJNY20171218Z_01.jpg
LJNY20171218Z_02.jpg
LJNY20171218Z_03.jpg
LJNY20171218Z_04.jpg
LJNY20171218Z_05.jpg
LJNY20171218Z_06.jpg
LJNY20171218Z_07.jpg
LJNY20171218Z_08.jpg
LJNY20171218Z_09.jpg
LJNY20171218Z_10.jpg
LJNY20171218Z_11.jpg
LJNY20171218Z_12.jpg
LJNY20171218Z_13.jpg
LJNY20171218Z_14.jpg; 12/18/17

LJNY20171219Z_01.jpg
LJNY20171219Z_02.jpg
LJNY20171219Z_03.jpg
LJNY20171219Z_04.jpg
LJNY20171219Z_05.jpg
LJNY20171219Z_06.jpg
LJNY20171219Z_07.jpg
LJNY20171219Z_08.jpg
LJNY20171219Z_09.jpg
LJNY20171219Z_10.jpg
LJNY20171219Z_11.jpg
LJNY20171219Z_12.jpg
LJNY20171219Z_13.jpg
LJNY20171219Z_14.jpg
LJNY20171219Z_15.jpg
LJNY20171219Z_16.jpg; 12/19/17

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: November 20, 2017
Nation of 1st Publication: United States

## Author

- Author: Jackson Lee
Author Created: photograph
Work made for hire: No
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Jackson Lee
515 West 52nd Street, Apt PH2H, New York, NY, 10019, United States

## Certification

    **Name:** Richard Liebowitz
    **Date:** February 02, 2018

**Registration #:** VA0002086355
**Service Request #:** 1-6258791009

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

Case 1:18-cv-03718-ALC    Document 1-2    Filed 04/26/18    Page 17 of 17