AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-3718-ALC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>American Media, Inc.</u> was received by me on *(date)* <u>Apr 27, 2018</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Amy McLaren, Managing Agent</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>American Media, Inc.</u> on *(date)* <u>Fri, Apr 27 2018</u> at 2:20 p.m,. at Corporation Trust Co., Registered Agent, 1209 Orange St., Wilmington, DE 19801; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>54.50</u>.

I declare under penalty of perjury that this information is true.

Date: April 30, 2018

_____
*Server's signature*

Daniel Newcomb, Process Server
_____
*Printed name and title*

Delaware Attorney Services
3516 Silverside Road Unit 16, Wilmington, DE 19810
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons In A Civil Action; Civil Cover Sheet; Individual Practices Of Andrew L. Carter, Jr.; Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge; Complaint; Demand For Jury Trial; and Exhibits A-C