# EXHIBIT C



**Us WEEKLY**

**J.LO TELLS US** HOW A-ROD KEEPS ME YOUNG & SEXY AT 48

**SEVEN YEARS TOGETHER** 
**JEN STILL OBSESSED WITH JUSTIN**

**CARRIE UNDERWOOD'S SIDE OF THE STORY**

# THE TRUTH ABOUT MY MARRIAGE

Five months after her hubby retires — and her mysterious 50-stitch accident — he makes a shocking decision to go back to the NHL. **BUT DOES MIKE HAVE HER BLESSING?**



Julianne Speaks Out
**MY SECRET HEALTH STRUGGLE**



New Mom At 20
**WHY KYLIE HID HER PREGNANCY**



# HOLLYWOOD MOMS



Asked which celeb mom she admires, Teigen (in NYC Dec. 16) told *Us* it's Kris Jenner, because "she's an incredible woman."

## Life With Luna

**»** Switching out of mom mode is a struggle for **Chrissy Teigen**. Even when she and husband **John Legend**, 39, squeeze in time alone, notes the model, they end up talking about 22-month-old daughter Luna. "We never thought we'd be those people," says the Vita Coco spokesperson, "but it's fun. She went sledding for the first time, and we shared videos of that on date night." Soon the couple will have even more kid ground to cover — Teigen, 32, is expecting a son in June. She lets *Us* in.

**Q: What's Luna been up to?**
I can't believe she's a toddler now, but she's *such* a toddler. She's a new human this week. I never like to brag about any of her milestones because next week it'll be a different story.

**Q: Does she have favorite toys?**
She likes old-school things. She's really crazy about filing nails. Like, she thinks manicurists are the kings and queens of the world. So I got her a nail kit — she goes to town on that.

**Q: Think having two will be different?**
I've never really been around children, aside from Luna. I don't know what's normal, so I'm excited to see how they compare, learning process-wise. I don't know if she's a genius!

**1.** Teigen (in NYC Jan. 27) enjoys going natural while pregnant. Her tips: eyelash extensions and moisturizer. **2.** Like mother, like daughter? Luna (Dec. 20) "is obsessed" with her taco truck, says the cookbook author. **3.** Since she's too "tired and pregnant" to cook meals, Legend (Dec. 15) has taken up the task: "It's so cute!"