UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEE

              Plaintiff,

vs.

AMERICAN MEDIA, INC.

              Defendant.

Case No. 1:18-CV-3718 (ALC)

**ECF CASE**

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE, that pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Jackson Lee, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, <u>without</u> prejudice against the defendant American Media, Inc.

Dated: June 4, 2018

LIEBOWITZ LAW FIRM

By:    **s/jameshfreeman/**
       James H. Freeman

11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660

*Attorneys for Plaintiff Jackson Lee*